# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139211

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 139211
COA: 290767
Bay CC: 08-010234-FH

JASON MICHAEL GIDDINGS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 11, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Bay Circuit Court for a determination of whether the corrected version of the defendant's presentence report was sent to the Department of Corrections. If the corrected version was not sent, the court shall direct the probation officer to send it. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk

p1116